IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| JOHN A. DORNER ANGELA DORNER, | CASE NO. 10-49742 JUDGE: Schmetterer |
| DEBTORS | |

## NOTICE OF MOTION

<u>Notified via Electronic Filing</u>
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076
<u>Notified via US Postal Service</u>
John A. Dorner, 5305 North Lockwood, Chicago, IL 60630
Angela Dorner, 5305 North Lockwood, Chicago, IL 60630

     Please take notice that on the 27th of January, 2016 at the hour of 10:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jack Schmetterer, Courtroom 682 at the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on January 20, 2016, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

                                        Respectfully Submitted,

                                        /s/ Richard B. Aronow
                                        Richard B. Aronow

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
10-046254

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br><br>JOHN A. DORNER<br>ANGELA DORNER,<br><br>DEBTORS | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 10-49742<br>JUDGE: Schmetterer, |

## MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO THE TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE

NOW COMES JPMorgan Chase Bank, National Association, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and states as follows:

1. On November 5, 2010, the above-named Debtor filed the instant Chapter 13 case listing the Movant as a secured creditor by virtue of a note secured by a mortgage on the Debtor's residence, commonly known as: 5305 North Lockwood Avenue, Chicago, IL 60630.

2. On December 30, 2015, the Chapter 13 Trustee filed a Notice of Final Mortgage Cure pursuant to Federal Bankruptcy Rule 3002.1(f) with respect to that loan.

3. Pursuant to Federal Bankruptcy Rule 3002.1(g), the Movant was given through January 20, 2016 to file a Response to that Notice.

4. Notwithstanding its diligent efforts to comply with that deadline, the Movant has not yet been able to fully review its audit of the account including a review of all funds received and applied along with investor guidelines regarding powers of attorney.

5. To allow for the orderly completion of that analysis, the Movant respectfully requests that the Court exercise its equitable powers under 11 USC 105(a) to allow it through and including February 10, 2016 to file its Response to the Trustee's Notice of Final Mortgage Cure.

6. Such an extension of time will not prejudice any party to this case.

WHEREFORE, JPMorgan Chase Bank, National Association, moves this Honorable Court for an extension of time through and including February 10, 2016 to file its Response to the Trustee's Notice of Final Mortgage Cure.

        Respectfully submitted,

        /s/ Richard B. Aronow
        Attorney for JPMorgan Chase Bank, National Association

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
10-046254

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**